IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

        Plaintiff,

v.

COLLEGE PARTNERSHIP, INC.,
f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,

        Defendant.

_____

## ORDER
_____

For the reasons stated on the record during the July 6, 2005, hearing on Defendant's Motion to Continue Trial and Trial Preparation Conference, it is **HEREBY ORDERED** that:

(1) Defendant's Motion to Continue Trial and Trial Preparation Conference, filed on June 24, 2005 [# 89], is **GRANTED**. The final trial preparation conference hearing set on July 14, 2005, at 8:00 a.m., and the 5-day jury trial scheduled to commence on August 15, 2005, at 8:00 a.m., are **VACATED**.

(2) Plaintiff's Motion to Strike the Response, filed on June 16, 2005 [#84], is **DENIED**. Defendant's untimely Response to Plaintiff's motion for summary judgment, filed on June 1, 2005, is thus **ACCEPTED & FILED** by the court.

(3) Plaintiff's Motion for Leave to File Response to Plaintiff's Motion for Summary Judgment Out of Time, filed on June 27, 2005 [#92], is **GRANTED**. Plaintiff has ten days from the date of this order to file its Reply to the Defendant's Response to Plaintiff's Motion for Summary Judgment;

(4) A status hearing is set in this matter for Friday, July 22, 2005, at 9:00 a.m.  Plaintiff's out-of-town counsel, Matthew S. McElhiney, is permitted to attend via phone conference;

(5) All pending motions in this matter will be heard on Wednesday, August 17, 2005, at 9:00 a.m.;

(6) The final trial preparation conference is set for Friday, September 23, 2005, at 9:30 a.m. Prior to that hearing, counsel for both parties will submit the following to the court:

a.  A joint exhibit list containing stipulations and objections as to admissibility of each proposed exhibit, including the relevant rule of exclusion where there is an objection to the specific exhibit;

b.  Witness lists containing an estimated time for the trial testimony of each witness;

c.  Proposed *voir dire* questions;

d.  A joint set of proposed annotated jury instructions – one set submitted on paper and a duplicate set submitted on diskette in WordPerfect Version 9 – that indicate disputes in capital letters (for Plaintiff's proposed language) and brackets (for Defendant's proposed language), pursuant to my instructions in open court.

(7) The 5-day jury trial is set as a priority setting, to commence on Monday, October 3, 2005, at 8:30 a.m.

Dated: July   6  , 2005 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T.  Babcock, Chief Judge