IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

Plaintiff,

v.

COLLEGE PARTNERSHIP, INC., f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Order on Motion In Limine and Motion for Summary Judgement entered by the district judge on August 22, 2005:

IT IS ORDERED that plaintiff's Motion to Compel, filed May 31, 2005, is DENIED AS MOOT.