IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,
      Plaintiff,

v.

COLLEGE PARTNERSHIP, INC.,
f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,
      Defendant.
_____

**ORDER**
_____

Plaintiff Student Marketing Group, Inc.'s Supplemental Response to College Partnership, Inc.'s Motion for Approval of Supersedeas Bond (Doc 123 - filed September 20, 2005) is STRICKEN as having been filed without leave of court to do so.

Defendant College Partnership, Inc.'s Opposed Motion for Leave to File Supplemental Reply in Support of Motion for Supersedeas Bond (Doc 124 - filed September 20, 2005) is DENIED AS MOOT.

                                        BY THE COURT:

                                           s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: September 22, 2005