# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-cv-1258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

      Plaintiff,

v.

COLLEGE PARTNERSHIP, INC., f/k/a
COLLEGE BOUND STUDENT ALLIANCE, INC.,

      Defendant

_____

### ORDER ON FORTHWITH MOTION TO SET AMOUNT OF SUPERSEDEAS BOND AND TO STAY ENFORCEMENT OF JUDGEMENT
_____

The Court held a Hearing today on defendant's Forthwith Motion to Set Amount of Supersedeas Bond and to Stay Enforcement of Judgement.   Defendant College Partnership, Inc., ("CPI") was represented by Rosemary Orsini and Michael Burg. Plaintiff Student Marketing Group, Inc., ("SMG") was represented by Daniel Scheid and Patrick McElhinny.

The findings of fact stated in Court today are incorporated into this Order.

For the reasons stated in Court today, it is so ORDERED:

1) The amount of the defendant's Supersedeas Bond is set at $400,000.

2) Further execution of the judgment, including writs of garnishment, are stayed until October 18, 2005 at 8:00am. (The Rule 69 proceeding scheduled for October 15, 2005 may go forward.)

3) A hearing is set for Tuesday, October 18, 2005 at 8:00am to further review the status of this proceeding.

**DONE and ORDERED,** this   7th   day of October, 2005 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                            United States District Chief Judge