# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-cv-1258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

      Plaintiff,

v.

COLLEGE PARTNERSHIP, INC., f/k/a
COLLEGE BOUND STUDENT ALLIANCE, INC.,

      Defendant.
_____

## ORDER VACATING STAY OF EXECUTION OF JUDGMENT
_____

      The Court held a Hearing today to ascertain if Defendant College Partnership, Inc., ("CPI") had posted a Supersedeas Bond in the amount of $400,000, as required in this Court's Order of October 7, 2005. CPI was represented by Rosemary Orsini and Brian Matise. Plaintiff Student Marketing Group, Inc., ("SMG") was represented by Daniel Scheid and Patrick McElhinny.

      CPI stated that it had not posted the Supersedeas Bond of $400,000.

      Therefore, it is so ORDERED:

      1) The stay of execution of the judgment, including writs of garnishment, ordered in the Order of October 7, 2005 is VACATED;

      2) SMG has **up to and including October 19, 2005** to file a reply brief on the issue of attorney fees, as stated in the Order of September 19, 2005;

      3) CPI may file a sur-reply to SMG's reply, and has **up to and including October 26, 2005** to file this sur-reply; and

4) A hearing on status and scheduling is set for **Thursday, November 3, 2005 at 3:00pm**. Mr. McElhinny may appear by telephone.

**DONE and ORDERED,** this   18th   day of October, 2005 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                      United States District Chief Judge