IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

    Plaintiff,

vs.

COLLEGE PARTNERSHIP, INC., f/k/a
COLLEGE BOUND STUDENT ALLIANCE, INC.,

    Defendant.
_____

ORDER TO PAY ON WRIT OF GARNISHMENT
_____

THIS MATTER having come on before the Court on the parties Stipulation for Order to Pay on Writ of Garnishment, entered into between Defendant College Partnership, Inc., by its counsel, Rosemary Orsini of the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., and Plaintiff Student Marketing Group, Inc., by its counsel, R. Daniel Scheid of the law firm of Lewis Scheid LLC, and the Court, having reviewed said Stipulation and being fully advised of the premises therein,

DOTH FIND that the Stipulation is proper and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Stipulation for Order to Pay on Writ of Garnishment issued to Colorado State Bank and Trust, N.A., on September 29, 2005, is made an Order of this Court; and Colorado State Bank and Trust, N.A., is ordered to pay to Plaintiff Student Marketing Group, Attention Dan Scheid, Lewis Scheid LLC, 2300 - 15th Street, #320, Denver, CO 80202, the $72,109.54 currently

held in the checking account in the name of Defendant College Partnership pursuant to the Writ of Garnishment issued to Colorado State Bank and Trust N.A. on September 29, 2005.

DATED this   19th   day of October, 2005.

                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, Chief Judge