**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,
    Plaintiff,

v.

COLLEGE PARTNERSHIP, INC.,
f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,
    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Court being advised that a settlement of the issues in this matter has been reached, the status/scheduling hearing set **November 3, 2005 is VACATED**. The Motion for Attorneys Fees (Doc 112 - filed September 2, 2005) is HELD IN ABEYANCE and this matter is STAYED. The parties are directed to file a status report **on or before December 15, 2005**.

Dated:  October 28, 2005

---