IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,
    Plaintiff,

vs.

COLLEGE PARTNERSHIP, INC., f/k/a
COLLEGE BOUND STUDENT ALLIANCE, INC.,
    Defendant.

_____

ORDER
_____

Upon Plaintiff's Unopposed Motion to Vacate Stay (Doc 158 - filed December 6, 2005), it is

ORDERED the Motion is GRANTED. The stay entered in this matter on October 28, 2005 is VACATED. Defendant file its Sur-Reply to Plaintiff's Motion for Approval and Award of Fees within five (5) business days of the date of this Order.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Chief Judge

DATED: December 9, 2005