**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,
        Plaintiff,

v.

COLLEGE PARTNERSHIP, INC.,
f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,
        Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Plaintiff's Unopposed Motion for Leave to File Supplemental Affidavits in Support of Plaintiff's Motion for Approval and Award of Fees (Doc 162 - filed December 27, 2005) is **GRANTED**.


Dated:  December 27, 2005
_____