IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

Plaintiff,

v.

COLLEGE PARTNERSHIP, INC., f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,

Defendant.

## ORDER

This matter is before me on the **Motion for Protective Order and/or to Quash or Modify Subpoena** [Doc. # 175, filed 1/31/06] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as specified.

IT IS FURTHER ORDERED that a supplemental deposition shall occur at a date and time as the parties may agree on any day during the week of **March 13, 2006**. The deponent shall produce documents responsive to the subpoena as specified on the record.


Dated February 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge