IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01258-LTB-BNB

STUDENT MARKETING GROUP, INC.,

Plaintiff,

v.

COLLEGE PARTNERSHIP, INC., f/k/a COLLEGE BOUND STUDENT ALLIANCE, INC.,

Defendant.

## ORDER

IT IS ORDERED that College Partnership, Inc. shall produce all documents responsive to the January 25, 2006 Subpoena which were not produced at the March 16, 2006 deposition of Janice A. Jones. Such documents shall be produced as soon as possible, but not later than ~~next Friday~~, **March 24, 2006**.

Until such documents are produced, the Subpoena issued on January 25, 2006 to College Partnership shall remain in full force and effect.

Dated: March 23, 2006.

BY THE COURT:

_____
United States Magistrate Judge